UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HELIODORO LOPEZ-FONSECA (2),<br><br>Defendant. | Case No.: 04cr00602 JAH<br><br>**ORDER DENYING MOTION TO FOR REDUCTION OF TERM OF IMPRISONMENT [Doc. No. 103]** |

Pending before the Court is Defendant's motion for reduction of sentence pursuant to 18 U.S.C. section 3582. Defendant moves for a reduction of his sentence based upon Amendment 782, which revised the guidelines applicable to drug offenses by reducing the offense levels for drug and chemical quantities.

As noted in the order denying Defendant's motion for appointment of counsel to file a petition for a reduction of sentence based upon the same amendment, this Court sentenced Defendant to a 243 month term of imprisonment upon Defendant's plea of guilty to Count 1 of the indictment, Conspiracy to Distribute Cocaine. Defendant was sentenced as a career offender pursuant to section 4B1.1, and, therefore, is not entitled to a sentence reduction based upon the amendment of section 2D1.1. See United States v. Wesson, 583 F.3d 728, 731 (9th Cir. 2009).

//

Accordingly, IT IS HEREBY ORDERED Defendant's motion for reduction of term of imprisonment is **DENIED**.

DATED: November 9, 2017

JOHN A. HOUSTON
United States District Judge